**Theodore MAYO v. THE MOUNTAIN TRUST and Robert P. Davison, Jr., No. 259-75**

February 1, 1977. The trial judge having deceased prior to the entry of an effective judgment below under the provisions of D.C.C.R. 58, and D.C.C.R. 63 being inapplicable in the absence of findings of fact and conclusions of law, the attempted appeal is dismissed and the cause is remanded for a new hearing.

**STATE of Vermont v. Bernard WOODMANSEE, No. 74-73**

February 2, 1977. Proceedings in this Court having terminated, the conditions of bail imposed on August 8, 1975, are lifted, and the lien on the real property of Mr. and Mrs. Leo Place located in the Town of Monkton discharged.

**KILFASSET FARMS DAIRY, INC. v. STATE HIGHWAY BOARD, No. 252-75**

February 2, 1977. Motion to Dismiss denied.

**David SCHOALES v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 147-76**

February 2, 1977. Progress on or before March 1, 1977, or appeal will be dismissed.

**Edith G. CARSON v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 235-76**

February 2, 1977. Appellee's brief to be filed pursuant to V.R.A.P. 31(a). Appellant's motion for hearing at the February, 1977, Term is under advisement.

**Kenneth KING and Yien Koo King v. VERMILNIX, INC., d/b/a Gilmore Supply Company and State of Vermont, No. 206-76**

February 2, 1977. Motion to Dismiss is granted for failure to comply with the conditions imposed on the appeal.

**Bradley C. LUMBRA, Sr. v. Betty L. LUMBRA, No. 301-76**

February 2, 1977. Appellee's Motion to Dismiss denied; cause remanded forthwith for hearing on appellee's Petition for Modification of Custody Order, and it is ordered that the cause be advanced on the docket.